IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 7:16-CV-00070-D |
| | ) |
| NANCY A BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), filed on July 17, 2017. By Response filed on            , the Defendant advises that the parties have conferred and agreed to an award of EAJA fees in the amount of $5,500.00, payable to Plaintiff's attorney provided that Plaintiff owes no outstanding federal debt.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's Motion for Attorney Fees is **GRANTED**, to the extent that Plaintiff's attorney shall be paid the sum of $5,500.00 for attorney fees under the EAJA, and provided that Plaintiff owes no outstanding federal debt.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge