UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:16-CV-70-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's Motion for Attorney Fees is GRANTED, to the extent that Plaintiff's attorney shall be paid the sum of $5,500.00 for attorney fees under the EAJA, and provided that Plaintiff owes no outstanding federal debt. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

**This Judgment Filed and Entered on August 1, 2017, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF electronic notification) |
| Mary Ellen Russell | (via CM/ECF electronic notification) |

DATE:  
August 1, 2017

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk