IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-70-D

BRIAN WALKER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER GRANTING ATTORNEY'S
FEES PURSUANT TO
42 U.S.C § 406(b)

On June 28, 2017, a Judgment and an Order were entered and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On April 17, 2018, Administrative Law Judge Susan Preston issued a Fully Favorable Decision granting Plaintiff his Social Security Disability benefits.

Pending before this Court is attorney Jonathan P. Miller's (Plaintiff's Counsel) Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $14,490.75. Plaintiff's Counsel has also acknowledged that the $5,500.00 awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 should be returned to Plaintiff.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $14,490.75 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal Court. Plaintiff's Counsel is Ordered to return the $5,500.00 EAJA fee to Plaintiff.

1

SO ORDERED. This 5 day of September 2018.

*signature*
JAMES C. DEVER III
Chief United States District Judge