UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN WALKER, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-70-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant is Ordered to pay $14,490.75 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal Court. Plaintiff's Counsel is Ordered to return the $5,500.00 EAJA fee to Plaintiff.

**This Judgment Filed and Entered on September 5, 2018, and Copies To:**
Jonathan P. Miller                                     (via CM/ECF electronic notification)
Mary Ellen Russell                                    (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK
September 5, 2018                       (By) /s/ Nicole Sellers
                                                Deputy Clerk